E-FILED
Wednesday, 18 January, 2006  02:55:08 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate No. 04-3033-mj |
| | ) | |
| CAROL J. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>MOTION TO DISMISS</u>

NOW COMES the United States of America, by its attorneys, Rodger A. Heaton, United

States Attorney for the Central District of Illinois, and Assistant United States Attorney

Patrick D. Hansen, and moves that the complaint be dismissed without prejudice.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Beevers

s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov